**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DIST OF OHIO

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **North Coast Clinical Laboratory, Inc** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **North Coast Laboratories, Inc.** <br> **DBA  North Coast Labs** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-1505256** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**2215 Cleveland Road**
**Sandusky, OH 44870**
Number, Street, City, State & ZIP Code

**Erie**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7.**  **Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6215__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|---------|------|---------|-------------|---------|
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|--------|---------|------|---------|--------------|---------|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***     *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **1) Biomedical waste needs to be secured and properly stored.**
**2) Reagents and supplies which are perishable.**
**3) Equipment which needs to be properly shut down & decontaminated prior to sale**
**4) Medical records which need to be preserved.**

**Where is the property?**    **2215 Cleveland Rd #105**
**Sandusky, OH, 44870-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency    **Gardner & Strayer**

       Contact name    **Brent Gardner**

       Phone    **(419) 626-1423  (419) 483-6620**

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

_____

**Request for Relief, Declaration, and Signatures**

_____

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  8, 2017**
              _____
              MM / DD / YYYY

**X** **/s/ Jack Runner**                                   **Jack Runner**
_____              _____
Signature of authorized representative of debtor          Printed name

Title   _____

_____

**18. Signature of attorney**

**X** **/s/ Raymond L Beebe**                    Date   **November  8, 2017**
_____                  _____
Signature of attorney for debtor                              MM / DD / YYYY

**Raymond L Beebe #0027096**
_____
Printed name

**Raymond L Beebe Co LPA**
_____
Firm name

**1107 Adams St**
**Toledo, OH 43604**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(419) 244-8500**          Email address   **Raybblaw@buckeye-express.com**

**#0027096**
_____
Bar number and State

17-33511-maw    Doc 1    FILED 11/08/17    ENTERED 11/08/17 15:49:20    Page 4 of 55

**Fill in this information to identify the case:**

Debtor name    **North Coast Clinical Laboratory, Inc**

United States Bankruptcy Court for the:    NORTHERN DIST OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  8, 2017**      X */s/ Jack Runner*
                                          Signature of individual signing on behalf of debtor

                                          **Jack Runner**
                                          Printed name

                                          Position or relationship to debtor

Debtor name    **North Coast Clinical Laboratory, Inc**

United States Bankruptcy Court for the:    NORTHERN DIST OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................    $ _____ 0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................    $ _____ 6,055,369.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................    $ _____ 6,055,369.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 388,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____ 6,027.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$ _____ 14,439,494.97

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b       $ _____ 14,833,521.97

**Fill in this information to identify the case:**

Debtor name    **North Coast Clinical Laboratory, Inc**

United States Bankruptcy Court for the:   NORTHERN DIST OF OHIO

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Civista Bank (Citizens)** | **Checking** | **6797** | **$3,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | **$3,000.00** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.   **Deposit Held by Melchior Building Company, PO Box 482 Perrysburg, OH, prior landlord, office lease.** | **$200.00** |
| --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.    **Total of Part 2.** | **$200.00** |
     Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **110,000.00**  -  **0.00** = ....     **$110,000.00**
                      face amount            doubtful or uncollectible accounts

11b. Over 90 days old:     **40,000.00**  -  **0.00** = ....     **$40,000.00**
                    face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**                                      **$150,000.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies**<br>**Lab and Office inventory**<br>**and supplies** | | **$0.00** | | **$25,000.00** |

23.     **Total of Part 5.**                                      **$25,000.00**
    Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|       Office and Lab Equipment | **$50,000.00** | | **$50,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                **$50,000.00**
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm** | | | |

**machinery and equipment)**
**Equipment Leases with the following:**
**Xerox Workcentre7535/3TRY (Xerox**
**Corporation, Lessee)**
**Avia1209 (Siemen Healthcare Diagnostics,**
**Lessee - Disputed)**
**AU480w/ ISE Insturment Sales Group**
**(Beckman Coulter, Lessee)**
**Access 2, Single System SG (Beckman**
**Coulter, Lessee)**                              $0.00                              $0.00

51.    **Total of Part 8.**                                                    | $0.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **2215 Cleveland Rd W # 105, Sandusky OH Sandusky Office/Laboratory** | Leasehold | $0.00 | | $0.00 |
| 55.2.  **2307 W. 14th Street Suite 307 Cleveland, OH 44113 Office** | Leasehold | $0.00 | | $0.00 |
| 55.3.  **12611 Eckel Junction Rd.  Perrysburg, OH 43551 Office** | Leasehold | $0.00 | | $0.00 |
| 55.4.  **521 N. Sandusky Street, Bellvue, OH 44811** | Leasehold | $0.00 | | $0.00 |

| | |
|---|---|
| 56. | **Total of Part 9.** |

<div style="text-align:right">$0.00</div>

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** Doman name: www.Northcoastlab.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66. **Total of Part 10.**

<div style="text-align:right">$0.00</div>

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| **Net Operating Loss** | Tax year **2016** | $227,169.00 |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Counterclaims and cross claims as identified in Silo Healthcare Operations, LLC vs North Coast Clinical Laboratories, Inc.  Erie County Common Pleas Court, Ohio  2017 CV 0034**

| Nature of claim | **Breach of Contract and others** | $5,600,000.00 |
|---|---|---|
| Amount requested | **$5,600,000.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

| $5,827,169.00 |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $150,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $25,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,827,169.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,055,369.00 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,055,369.00 |

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | | | |
|---|---|---|---|---|
| **2.1** | **Silo Healthcare Operations, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $388,000.00 | $0.00 |

**1st Street SE 903**
**San Juan, PR 00921**

Creditor's mailing address

Describe the lien
**Note and Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05/17/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$388,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ronald House Esq**<br>**Benesch, Friedlander, Arnoff**<br>**41 S. High St, Ste 2600**<br>**Columbus, OH 43215-6164** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **North Coast Clinical Laboratory, Inc**

United States Bankruptcy Court for the:    NORTHERN DIST OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | | **$1.00** | **$0.00** |
|---|---|---|---|---|

**Ambera Palmer**
**937 Virginia Street**
**Port Clinton, OH 43452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2 | Priority creditor's name and mailing address | | **$1.00** | **$0.00** |
|---|---|---|---|---|

**Carie Seamon**
**103 South Main St. Apt D**
**Clyde, OH 43410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Carolyn Garcia**
**1540 Scranton Rd**
**Norwalk, OH 44857**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Christine Jones**
**1323 Lawnview Ave**
**Toledo, OH 43607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Christopher Dean**
**5245 50th Street**
**Sandusky, OH 44870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Darri Stobie**
**4704 Columbus Ave**
**Sandusky, OH 44870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Deborah Pervez**
**31827 Woodbridge Way**
**Avon Lake, OH 44012**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Diana Hoelzer**
**101 Mohawk Path**
**Sandusky, OH 44870**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Donald Lowther**
**6712 Susan Drive**
**Castalia, OH 44824**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Jack Runner**
**620 Marshall Ave**
**Sandusky, OH 44870**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Jennifer Cassidy**
**812 Warwick Drive**
**Sheffield Lake, OH 44054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Joseph Price**
**2006 Hull Rd**
**Sandusky, OH 44870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (6)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Kathleen Runner**
**620 Marshall Ave**
**Sandusky, OH 44870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Kristen Runner**
**340 Berlin Rd**
**Huron, OH 44839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Major Ruffin III**
**734 Walnut Ridge Lane**
**Sandusky, OH 44870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Melvin Burns**
**PO Box 807**
**Sandusky, OH 44871**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Mike Eckhardt**
**7 Falcon Crest Drive, Unit B**
**Norwalk, OH 44857**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Mirand Brlekamp**
**121 Clay Street**
**Green Springs, OH 44836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Nancy Karn**
**4350 Abbe Rd**
**Sheffield Lake, OH 44054**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Rekha Kota**
**1007 East Bogart Rd**
**Sandusky, OH 44870**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|---|

**Richard Alexander**
**1306 BicjamamStreet**
**Sandusky, OH 44870**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $0.00 |
|---|---|---|---|---|

**Robert Crabtree M.D.**
**1711 Hi Street**
**Cuyahoga Falls, OH 44221**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**08-2017 to current**

Basis for the claim:
**Medical Director - Independent Contractor**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
| --- | --- | --- | --- | --- |

**Rojene Mundy**
**414 Shashta Drive**
**Toledo, OH 43609**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Sydney Poutous**
**27484 Oregon Rd, Lot 95**
**Perrysburg, OH 43551**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
| --- | --- | --- | --- | --- |

**Taylor Marsh**
**5318 Brophy Drive**
**Toledo, OH 43611**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Timothy Meade**
**308 Marshall Ave**
**Sandusky, OH 44870**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid wages and/or benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Tonia Fox**
**1317 Camp Street**
**Sandusky, OH 44870**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $0.00 |
|---|---|---|---|---|

**Tracy Shrewsbury**
**12 B Townsend Ave**
**Norwalk, OH 44857**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and/or benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ALARA Industries LLC**
**4081 SW 47th Ave Suite #2**
**Fort Lauderdale, FL 33314**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Disputed claim as set forth in Silo Healthcare**
**Operations, LLC vs North Coast Clinical Laboratories Inc. et al**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,827.34 |
|---|---|---|---|

**Beckman Coulter Inc.**
**Dept: CH10164**
**Palatine, IL 60055-0164**
Date(s) debt was
incurred  **07-2017 through current**
Last 4 digits of account number  **4773**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies -Laboratory Instruments**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Bellevue Family Medicine LLC**
**521 North Sandusky St  Ste F**
**Bellevue, OH 44811**
Date(s) debt was incurred  **10-2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - Bellvue Ohio Office**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $663.62 |
|---|---|---|---|
| | **Buckeye TeleSystem**<br>**PO Box 94536**<br>**Cleveland, OH 44101-4536** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10-2017** | Basis for the claim:  **Telephone/Internet Service** | |
| | Last 4 digits of account number  **6835** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,210.17 |
|---|---|---|---|
| | **Cardinal Health Medical Products**<br>**PO Box 70539**<br>**Chicago, IL 60673** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **07-2010 through 10-2017** | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  **5575** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000,000.00 |
|---|---|---|---|
| | **Care Source**<br>**395 E Broad St Suite 110**<br>**Columbus, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Disputed claim for return of payments** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379.70 |
|---|---|---|---|
| | **Computer Service & Support**<br>**2106 New Road Bldg E-6**<br>**Linwood, NJ 08221** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10-2017** | Basis for the claim:  **Services Provided -Manage Lab Information Services** | |
| | Last 4 digits of account number  **6398** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| | **David Muskat**<br>**4081 SW 47th Ave, Suite #2**<br>**Fort Lauderdale, FL 33314** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Disputed claim as set forth in Silo Healthcare Operations, LLC vs North Coast Clinical Laboratories Inc. et al** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,293.76 |
|---|---|---|---|
| | **Federal Express**<br>**PO Box 371461**<br>**Pittsburgh, PA 15250-7461** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10-2017** | Basis for the claim:  **Delivery Services** | |
| | Last 4 digits of account number  **4958** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,320.12 |
|---|---|---|---|
| | **Firelands Regional Medical Center**<br>**1101 Decatir Street**<br>**Sandusky, OH 44870** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **09-2017 Through 10-2017** | Basis for the claim:  **Laboratory Services** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $709.70 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Flower Hospital Labortory**
5200 Harroun Rd
Sylvania, OH 43560

Date(s) debt was incurred **07-2017 through 10-20170717, 0817, 0917, 0517**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Laboratory Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Grace Hospital**
Attn: Heather Pesarchick
2307 West 14th Street
Cleveland, OH 44113

Date(s) debt was incurred **09-10-2017**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Lease - Cleveland Office**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $789.66 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Guardian**
PO Box 824404
Philadelphia, PA 19182-4404

Date(s) debt was incurred **11-2017**

Last 4 digits of account number **9256**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Employee Insurance Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Internal Revenue Svc**
PO Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,653.13 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Medical Mutual of Ohio**
PO Box 951922
Cleveland, OH 44193

Date(s) debt was incurred **10-2017 through 11-2017**

Last 4 digits of account number **2143**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Employuee Health Care Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**O'Connell and Aronowitz**
54 State Street
Albany, NY 12207-2501

Date(s) debt was incurred _

Last 4 digits of account number **9540**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.99 |
|------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**OE Meyer Co.**
PO Box 479
Sandusky, OH 44871

Date(s) debt was incurred **10-2017**

Last 4 digits of account number **3614**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Supplies - Medical Gas**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **North Coast Clinical Laboratory, Inc** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ohio Bureau of Workers Compensation**
**Attn: Law Section Bankruptcy Unit**
**PO Box 15567**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ohio Dept Job and Family Services**
**Attn: Program Srvcs/Revenue Rcvry**
**PO Box 182404**
**Columbus, OH 43218-2404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
| --- | --- | --- | --- |

**One Perkins Place**
**1604 E. Perkins Place #101**
**Sandusky, OH 44870-7000**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-2017**

Basis for the claim: **Lease - Sandusky office**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $172,927.54 |
| --- | --- | --- | --- |

**Pool Laboratories Ltd**
**Dean Farm Ousthouse Church Lane**
**Canterbury, Kent,**
**Encland CT3 1HS**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was
incurred **10-2010 through 02-2013**

Basis for the claim: **Reference lab services for clinical trials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
| --- | --- | --- | --- |

**ProHealth Physicians**
**12611 Eckel Junction Road**
**Perrysburg, OH 43551**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-2017**

Basis for the claim: **Lease - Current Perrysburg office**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $197.16 |
| --- | --- | --- | --- |

**Qiagen Inc.**
**PO Box5132**
**Carol Stream, IL 60197-5132**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **07-2017 to current**

Basis for the claim: **Supplies - Medical**

Last 4 digits of account number **1858**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,307.31 |
| --- | --- | --- | --- |

**Quest Diagnostices**
**12436 Collection Center Drive**
**Chicago, IL 60693-0124**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **09-01-2017 to current**

Basis for the claim: **Reference Laboratory**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,243.61** |

**Siemens Healthcare Diagnostics Inc**
**PO Box 121102**
**Dallas, TX 75312-1102**

Date(s) debt was incurred  **08-2017 to current**

Last 4 digits of account number  **1631**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Laboratory supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$140.00** |

**Symetra Financial - VUL**
**PO Box 34815**
**Seattle, WA 98124-1815**

Date(s) debt was incurred  **10-2017 to current**

Last 4 digits of account number  **1631**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Premium  - Member Life Insurance**
**Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$6,200,000.00** |

**Synergy Diagnostics Laboratory Inc.**
**4081 SW 47th Ave Suite # 2**
**Fort Lauderdale, FL 33314**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Disputed claim as set forth in Silo Healthcare**
**Operations, LLC vs North Coast Clinical Laboratories Inc. et al**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Treasurer of State of Ohio**
**PO Box 1347**
**Columbus, OH 43216-0347**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$577.50** |

**US Diagnostics**
**PO Box 5531**
**Worksource 975531**
**Carol Stream, IL 60197-5531**

Date(s) debt was
incurred  **09-2017 through 10-2017**

Last 4 digits of account number  **1963**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$300.00** |

**Voya Insurance and Annuity Company**
**PO Box 5085**
**Minot, ND 58702-5085**

Date(s) debt was incurred  **09-2017 to current**

Last 4 digits of account number  **1632**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance- Life Ins. Premium - Member Benefit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,211.66** |

**Xerox Corporation**
**PO Box 802555**
**Chicago IL, CO 80250**

Date(s) debt was
incurred  **08-2017 through current**

Last 4 digits of account number  **Various**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Lease - office copier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |

**3.32** Nonpriority creditor's name and mailing address

YP
PO Box 5010
Carol Stream, IL 60197-5010

Date(s) debt was incurred  **10-2017**

Last 4 digits of account number  **0000**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Svc**<br>**Insolvency Group 6**<br>**1240 E Ninth St Rm 493**<br>**Cleveland, OH 44199** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ohio Dept of Taxation**<br>**c/o Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43266** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,027.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 14,439,494.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,445,521.97 |

Debtor name **North Coast Clinical Laboratory, Inc**

United States Bankruptcy Court for the: NORTHERN DIST OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase & Service Agreement for Equipment, consumables and test kits.** | |
| | State the term remaining | **06-152018** | **Beckman Coulter 250 South Kraemer Blvd PO Box 8000 Brea, CA 92821-8000** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 521 N. Sandusky Street, Bellevue, Ohio 44811 Office** | |
| | State the term remaining | | **Bellevue Family Medicine LLC 521 North Sandusky St Ste F Bellevue, OH 44811** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Purchase Agreement** | |
| | State the term remaining | | **Dade Behring Inc PO Box 6101 Newark, DE 19714-6101** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2307 W. 14th Street, Suite 307, Cleveland Ohio 44113 Office** | |
| | State the term remaining | | **Grace Hospital W. 14th Street Cleveland, OH 44113** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Huron Secure Storage** |
| | List the contract number of any government contract | | **3210 West Cleveland Road, Suite 2** |
| | | | **Huron, OH 44839** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 2215 Cleveland Rd W # 105, Sandusky, OH 44870** | |
|---|---|---|---|
| | State the term remaining | | **One Perkins Place** |
| | List the contract number of any government contract | | **1604 E. Perkins Ave. #101** |
| | | | **Sandusky, OH 44870** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 12611 Eckel Junction Rd, Perrysburg, Ohio43551** | |
|---|---|---|---|
| | State the term remaining | | **ProHealth Physicians** |
| | List the contract number of any government contract | | **12611 Eckel Junction Road** |
| | | | **Perrysburg, OH 43551** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | **Robert Crabtree MD** |
| | List the contract number of any government contract | | **1711 High St** |
| | | | **Cuyahoga Falls, OH 44221** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Diagnotics Finance Co** |
| | List the contract number of any government contract | | **1717  Deerfield Rd Suite 2102** |
| | | | **PO Box 778** |
| | | | **Deerfield, IL 60015-0778** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of medical diagnostic instruments** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Healthcare Diagnostics Inc** |
| | List the contract number of any | | **115 Norwood Park Sout** |
| | | | **Norwood, MA 02062** |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Website Hosting** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Solution King Llc** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease and Service Agreement** | |
| | State the term remaining | **11-2020** | |
| | List the contract number of any government contract | | **Xerox** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor name __North Coast Clinical Laboratory, Inc__

United States Bankruptcy Court for the: __NORTHERN DIST OF OHIO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City      State      Zip Code | | | |
| 2.2 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City      State      Zip Code | | | |
| 2.3 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City      State      Zip Code | | | |
| 2.4 | _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | Street | | | |
| | | City      State      Zip Code | | | |

Fill in this information to identify the case:

Debtor name **North Coast Clinical Laboratory, Inc**

United States Bankruptcy Court for the: NORTHERN DIST OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$6,187,885.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | **$3,590,187.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **Various** **OH** | **See Attached List of Payments** | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
    may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Jack Runner** | | **$0.00** | **Payments to Civista and UBS on loans for funds advanced by Jack Runner (documentation to be provided)** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

    ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **SILO HEALTHCARE OPERATIONS et al vs Debtor 2017 CV 0034** | **Complaint, crosscclaims and counter claims** | **Erie County Common Pleas Court<br>323 Columbus Ave<br>Sandusky, OH 44870** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
    receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

   ### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
   |---|---|---|---|

   ### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | **Raymond L Beebe Co LPA**<br>**1107 Adams St**<br>**Toledo, OH 43604** | **Attorney Fees** | **10/17/2017** | **$12,000.00** |
   | | **Email or website address**<br>**Raybblaw @buckeye-express.com** | | | |
   | | **Who made the payment, if not debtor?**<br>**Jack Runner** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

   | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
   |---|---|---|---|

13. **Transfers not already listed on this statement**

    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

   | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
   |---|---|---|---|

   ### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|
|         |                               |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1.   **North Coast Clinical Laboratory, Inc<br>22155 Cleaveland Rd<br>Sandusky, OH 44870** | **Medical Laboratory for testing** | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Same as Facility Address** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>■ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Medical Records including personal identifiers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| **North Coast Simple IRA Plan** | EIN:  **34-1505256** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **CiVista Bank**<br>**2100 E. Perkins Ave**<br>**Sandusky, OH 44870** | **Jack Runner**<br>**Kathleen Runner**<br>**Kristen Runner**<br>**Carolyn Garcia** | **Computer Backup Tapes** | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Huron Secure Storage**<br>**3210 w. Cleveland Rd**<br>**Huron, OH 44839** | **Jack Runner** | **Laminar Flow Hood/Old Lab Equipment** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert Crabtree MD** | **2215 Cleveland Rd**<br>**Sandusky, OH 44870** | **Laminar Flow Hood**<br>**Incubator** | **$2,000.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Hobe & Lucas CPA** **4807 Rockside Rd A510** **Independence, OH 44131** | **1985 - Present** |
| 26a.2.   **Donald Lowther** **6712 Susan Dr** **Castalia, OH 44824** | **1985 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Hobe & Lucas CPA** **4807 Rockside Dr A510** **Independence, OH 44131** | **1985 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Donald Lowther** **Susan Dr** **Castalia, OH 44824** | **1985 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Hobe & Lucas CPA** **4807 Rockside Rd A510** **Independence, OH 44131** | |
| 26c.2.  **Donald Lowther** **6712 Susand Dr** **Castalia, OH 44824** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jack Runner** | **10/12/2017** | **25,000.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **North Coast Clinical Laboratory Inc** **2215 Cleveland Rd** **Sandusky, OH 44870** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Runner** | **620 Marshall Ave** **Sandusky, OH 44870** | **Soled Shareholder** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __November  8, 2017_____

__/s/ Jack Runner_____          __Jack Runner_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

## North Coast Clinical Laboratory, Inc.

Register: Cash ... North Coast ...

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Page 1

## North Coast Clinical Laboratory, Inc.

Register: Cash ... North Coast ...

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Page 2

## North Coast Clinical Laboratory, Inc.

Register: Cash ... North Coast ...

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Page 3

## North Coast Clinical Laboratory, Inc.

Register: Cash ... North Coast ...

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Page 4

The page content is too faded and low-resolution to reliably transcribe. The tables consist of financial register data from "North Coast Clinical Laboratories, Inc." but the text is largely illegible.

# United States Bankruptcy Court
## Northern Dist of Ohio

In re __North Coast Clinical Laboratory, Inc__

Debtor(s)

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ......................................... $ __12,000.00__

   Prior to the filing of this statement I have received ......................... $ __12,000.00__

   Balance Due ...................................................................................... $ __0.00__

2. $ __335.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   __Jack Runner__

4. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   __Jack Runner__

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__November  8, 2017__

*Date*

__/s/ Raymond L Beebe__
__Raymond L Beebe #0027096__
*Signature of Attorney*
__Raymond L Beebe Co LPA__
__1107 Adams St__
__Toledo, OH 43604__
__(419) 244-8500  Fax: (419) 244-8538__
__Raybblaw@buckeye-express.com__
*Name of law firm*

---

# United States Bankruptcy Court
## Northern Dist of Ohio

In re **North Coast Clinical Laboratory, Inc**                                    Case No. _____

                                              Debtor(s)          Chapter    **7**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the ___ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  8, 2017**  _____          **/s/ Jack Runner** _____
                                                        **Jack Runner**/
                                                        Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

ALARA INDUSTRIES LLC
4081 SW 47TH AVE SUITE #2
FORT LAUDERDALE FL 33314


AMBERA PALMER
937 VIRGINIA STREET
PORT CLINTON OH 43452


BECKMAN COULTER
250 SOUTH KRAEMER BLVD
PO BOX 8000
BREA CA 92821-8000


BECKMAN COULTER INC
DEPT CH10164
PALATINE IL 60055-0164


BELLEVUE FAMILY MEDICINE LLC
521 NORTH SANDUSKY ST  STE F
BELLEVUE OH 44811


BELLEVUE FAMILY MEDICINE LLC
521 NORTH SANDUSKY ST STE F
BELLEVUE OH 44811


BUCKEYE TELESYSTEM
PO BOX 94536
CLEVELAND OH 44101-4536


CARDINAL HEALTH MEDICAL PRODUCTS
PO BOX 70539
CHICAGO IL 60673


CARE SOURCE
395 E BROAD ST SUITE 110
COLUMBUS OH 43215

CARIE SEAMON
103 SOUTH MAIN ST  APT D
CLYDE OH 43410


CAROLYN GARCIA
1540 SCRANTON RD
NORWALK OH 44857


CHRISTINE JONES
1323 LAWNVIEW AVE
TOLEDO OH 43607


CHRISTOPHER DEAN
5245 50TH STREET
SANDUSKY OH 44870


COMPUTER SERVICE   SUPPORT
2106 NEW ROAD BLDG E-6
LINWOOD NJ 08221


DADE BEHRING INC
PO BOX 6101
NEWARK DE 19714-6101


DARRI STOBIE
4704 COLUMBUS AVE
SANDUSKY OH 44870


DAVID MUSKAT
4081 SW 47TH AVE  SUITE #2
FORT LAUDERDALE FL 33314


DEBORAH PERVEZ
31827 WOODBRIDGE WAY
AVON LAKE OH 44012

DIANA HOELZER
101 MOHAWK PATH
SANDUSKY OH 44870


DONALD LOWTHER
6712 SUSAN DRIVE
CASTALIA OH 44824


FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH PA 15250-7461


FIRELANDS REGIONAL MEDICAL CENTER
1101 DECATIR STREET
SANDUSKY OH 44870


FLOWER HOSPITAL LABORTORY
5200 HARROUN RD
SYLVANIA OH 43560


GRACE HOSPITAL
ATTN HEATHER PESARCHICK
2307 WEST 14TH STREET
CLEVELAND OH 44113


GRACE HOSPITAL
W 14TH STREET
CLEVELAND OH 44113


GUARDIAN
PO BOX 824404
PHILADELPHIA PA 19182-4404


HURON SECURE STORAGE
3210 WEST CLEVELAND ROAD SUITE 2
HURON OH 44839

INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SVC
INSOLVENCY GROUP 6
1240 E NINTH ST RM 493
CLEVELAND OH 44199


JACK RUNNER
620 MARSHALL AVE
SANDUSKY OH 44870


JENNIFER CASSIDY
812 WARWICK DRIVE
SHEFFIELD LAKE OH 44054


JOSEPH PRICE
2006 HULL RD
SANDUSKY OH 44870


KATHLEEN RUNNER
620 MARSHALL AVE
SANDUSKY OH 44870


KRISTEN RUNNER
340 BERLIN RD
HURON OH 44839


MAJOR RUFFIN III
734 WALNUT RIDGE LANE
SANDUSKY OH 44870


MEDICAL MUTUAL OF OHIO
PO BOX 951922
CLEVELAND OH 44193

MELVIN BURNS
PO BOX 807
SANDUSKY OH 44871


MIKE ECKHARDT
7 FALCON CREST DRIVE  UNIT B
NORWALK OH 44857


MIRAND BRLEKAMP
121 CLAY STREET
GREEN SPRINGS OH 44836


NANCY KARN
4350 ABBE RD
SHEFFIELD LAKE OH 44054


O CONNELL AND ARONOWITZ
54 STATE STREET
ALBANY NY 12207-2501


OE MEYER CO
PO BOX 479
SANDUSKY OH 44871


OHIO BUREAU OF WORKERS COMPENSATION
ATTN  LAW SECTION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS OH 43215


OHIO DEPT JOB AND FAMILY SERVICES
ATTN  PROGRAM SRVCS/REVENUE RCVRY
PO BOX 182404
COLUMBUS OH 43218-2404


OHIO DEPT OF TAXATION
C/O BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS OH 43266

```
ONE PERKINS PLACE
1604 E  PERKINS PLACE #101
SANDUSKY OH 44870-7000




ONE PERKINS PLACE
1604 E  PERKINS AVE  #101
SANDUSKY OH 44870




POOL LABORATORIES LTD
DEAN FARM OUSTHOUSE CHURCH LANE
CANTERBURY  KENT
ENCLAND  CT3 1HS



PROHEALTH PHYSICIANS
12611 ECKEL JUNCTION ROAD
PERRYSBURG OH 43551



QIAGEN INC
PO BOX5132
CAROL STREAM IL 60197-5132



QUEST DIAGNOSTICES
12436 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0124



REKHA KOTA
1007 EAST BOGART RD
SANDUSKY OH 44870



RICHARD ALEXANDER
1306 BICJAMAMSTREET
SANDUSKY OH 44870



ROBERT CRABTREE M D
1711 HI STREET
CUYAHOGA FALLS OH 44221
```

ROBERT CRABTREE MD
1711 HIGH ST
CUYAHOGA FALLS OH 44221


ROJENE MUNDY
414 SHASHTA DRIVE
TOLEDO OH 43609


RONALD HOUSE ESQ
BENESCH FRIEDLANDER ARNOFF
41 S HIGH ST STE 2600
COLUMBUS OH 43215-6164


SIEMENS DIAGNOTICS FINANCE CO
1717 DEERFIELD RD SUITE 2102
PO BOX 778
DEERFIELD IL 60015-0778


SIEMENS HEALTHCARE DIAGNOSTICS INC
PO BOX 121102
DALLAS TX 75312-1102


SIEMENS HEALTHCARE DIAGNOSTICS INC
115 NORWOOD PARK SOUT
NORWOOD MA 02062


SILO HEALTHCARE OPERATIONS  LLC
1ST STREET SE 903
SAN JUAN PR 00921


SOLUTION KING LLC


SYDNEY POUTOUS
27484 OREGON RD LOT 95
PERRYSBURG OH 43551

SYMETRA FINANCIAL - VUL
PO BOX 34815
SEATTLE WA 98124-1815


SYNERGY DIAGNOSTICS LABORATORY INC
4081 SW 47TH AVE SUITE # 2
FORT LAUDERDALE FL 33314


TAYLOR MARSH
5318 BROPHY DRIVE
TOLEDO OH 43611


TIMOTHY MEADE
308 MARSHALL AVE
SANDUSKY OH 44870


TONIA FOX
1317 CAMP STREET
SANDUSKY OH 44870


TRACY SHREWSBURY
12 B TOWNSEND AVE
NORWALK OH 44857


TREASURER OF STATE OF OHIO
PO BOX 1347
COLUMBUS OH 43216-0347


US DIAGNOSTICS
PO BOX 5531
WORKSOURCE 975531
CAROL STREAM IL 60197-5531


VOYA INSURANCE AND ANNUITY COMPANY
PO BOX 5085
MINOT ND 58702-5085

XEROX


XEROX CORPORATION
PO BOX 802555
CHICAGO IL CO 80250


YP
PO BOX 5010
CAROL STREAM IL 60197-5010

# United States Bankruptcy Court
## Northern Dist of Ohio

In re __North Coast Clinical Laboratory, Inc__  
Debtor(s)

Case No. _____  
Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __North Coast Clinical Laboratory, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 8, 2017__  
Date

/s/ Raymond L Beebe  
**Raymond L Beebe #0027096**  
Signature of Attorney or Litigant  
Counsel for   **North Coast Clinical Laboratory, Inc**  
**Raymond L Beebe Co LPA**  
**1107 Adams St**  
**Toledo, OH 43604**  
**(419) 244-8500 Fax:(419) 244-8538**  
**Raybblaw@buckeye-express.com**