# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 17-33511 MAW | Trustee: | (550690) | Patti Baumgartner-Novak |
| --- | --- | --- | --- | --- |
| Case Name: | NORTH COAST CLINICAL LABORATORY, IN | Filed (f) or Converted (c): | 11/08/17 (f) | |
| | | §341(a) Meeting Date: | 01/02/18 | |
| Period Ending: | 09/30/20 | Claims Bar Date: | 04/16/18 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1   2215 Cleveland RdW # 105, Sandusky OH<br>     Sandusky Office/Laboratory, Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 2   2307 W. 14th Street Suite 307 Cleveland, OH<br>     44113 Office, Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 3   12611 Eckel Junction Rd. Perrysburg, OH 43551<br>     Office, Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 4   521 N. Sandusky Street, Bellvue, OH 44811<br>     Leasehold | 0.00 | 0.00 | | 0.00 | FA |
| 5   Checking Account at Civista Bank (Citizens),<br>     xxxxxx6797 | 3,000.00 | 13,704.91 | | 13,704.91 | FA |
| 6   Deposit Held by Melchior Building Company,<br>     PO Box 482 Perrysburg, OH, prior landlord, office lease | 200.00 | 0.00 | | 0.00 | FA |
| 7   A/R 90 days old or less. Face amount = $110,000. | 110,000.00 | 311,868.27 | | 311,868.27 | FA |
| 8   A/R Over 90 days old. Face amount = $40,000.00. | 40,000.00 | 0.00 | | 0.00 | FA |
| 9   Counterclaims and cross claims as identified in<br>     Silo Healthcare Operations, LLC vs North Coast Clinical<br>     Laboratories, Inc. Erie County Common Pleas Court,<br>     Ohio 2017 CV 0034, Breach of Contract and others.<br>     Amount Requested: $5,600,000.00; | 5,600,000.00 | 0.00 | | 0.00 | FA |
| 10  Net Operating Loss, Tax Year 2016 | 227,169.00 | 0.00 | | 0.00 | FA |
| 11  Doman name: www.Northcoastlab.com. | 0.00 | 0.00 | | 0.00 | FA |
| 12  Office and Lab Equipment. | 50,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-33511 MAW  **Trustee:** (550690) Patti Baumgartner-Novak
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN  **Filed (f) or Converted (c):** 11/08/17 (f)
 **§341(a) Meeting Date:** 01/02/18
**Period Ending:** 09/30/20  **Claims Bar Date:** 04/16/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Lab and Office inventory and supplies<br>Net Book Value: $0.00; | 25,000.00 | 6,840.40 | | 6,840.40 | FA |
| 14 | machinery and equipment) Equipment Leases with the following: Xerox Workcentre7535/3TRY (Xerox Corporation, Lessee) Avia1209 (Siemen Healthcare Diagnostics, Lessee - Disputed) AU480w/ ISE Insturment Sales Group (Beckman Coulter, Lessee) Access 2, Single System SG (Beckman Coulter, Lessee) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$6,055,369.00** | **$332,413.58** | | **$332,413.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/30/20 - Report of Sale & Auctioneer fee application forthcoming, auctioneer preparing list for report of sale, all medical & office equipment/inventory sold at auction - reviewing wage claims - CBD: 04/16/18 - claims reviewed 10/31/19

**Initial Projected Date Of Final Report (TFR):** October 1, 2018   **Current Projected Date Of Final Report (TFR):** December 1, 2020

_____
  October 1, 2020
  Date

/s/ Patti Baumgartner-Novak
_____
Patti Baumgartner-Novak

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-33511 MAW
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN

**Taxpayer ID #:** **-***5256
**Period Ending:** 09/30/20

**Trustee:** Patti Baumgartner-Novak (550690)
**Bank Name:** Mechanics Bank
**Account:** ******8066 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/17 | {5} | North Coast Clinical Laboratory, Inc | Initial funds on deposit in debtor's account | 1129-000 | 13,293.72 | | 13,293.72 |
| 11/15/17 | {7} | Donna S Hudacek | acct rec | 1121-000 | 5.85 | | 13,299.57 |
| 11/15/17 | {7} | William Kramer | accts rec | 1121-000 | 6.43 | | 13,306.00 |
| 11/15/17 | {7} | Paula J Roberts | accts rec | 1121-000 | 10.00 | | 13,316.00 |
| 11/15/17 | {7} | Larry J. Gerold JR | accts rec | 1121-000 | 18.93 | | 13,334.93 |
| 11/15/17 | {7} | Robert A Shelley | accts rec | 1121-000 | 37.69 | | 13,372.62 |
| 11/15/17 | {7} | William D Dupont | accts rec | 1121-000 | 16.22 | | 13,388.84 |
| 11/15/17 | {7} | Raymond Patten | accts rec | 1121-000 | 16.32 | | 13,405.16 |
| 11/15/17 | {7} | Alison H Kinney | accts rec | 1121-000 | 25.00 | | 13,430.16 |
| 11/15/17 | {7} | Frank S Brennan JR | accts rec | 1121-000 | 1.24 | | 13,431.40 |
| 11/15/17 | {7} | James J Eberly JR | accts rec | 1121-000 | 3.86 | | 13,435.26 |
| 11/15/17 | {7} | David E Linden | accts rec | 1121-000 | 2.14 | | 13,437.40 |
| 11/15/17 | {7} | Andrew M Pizza | accts rec | 1121-000 | 10.00 | | 13,447.40 |
| 11/15/17 | {7} | Arthur Schuster | accts rec | 1121-000 | 10.00 | | 13,457.40 |
| 11/15/17 | {7} | Clifford Mall | accts rec | 1121-000 | 10.00 | | 13,467.40 |
| 11/15/17 | {7} | James L Lehnert | accts rec | 1121-000 | 10.00 | | 13,477.40 |
| 11/15/17 | {7} | Martha J Meyers | accts rec | 1121-000 | 10.75 | | 13,488.15 |
| 11/15/17 | {7} | Sidney Weimer | accts rec | 1121-000 | 12.34 | | 13,500.49 |
| 11/15/17 | {7} | Elizabeth M Stierhoff | accts rec | 1121-000 | 13.37 | | 13,513.86 |
| 11/15/17 | {7} | William McEwen | accts rec | 1121-000 | 15.00 | | 13,528.86 |
| 11/15/17 | {7} | SummaCare | accts rec | 1121-000 | 19.98 | | 13,548.84 |
| 11/15/17 | {7} | Patricia Alvord | accts rec | 1121-000 | 20.00 | | 13,568.84 |
| 11/15/17 | {7} | Linda Sharpe | accts rec | 1121-000 | 20.88 | | 13,589.72 |
| 11/15/17 | {7} | Charles D Crisp | accts rec | 1121-000 | 24.39 | | 13,614.11 |
| 11/15/17 | {7} | Barbara M Gillett | accts rec | 1121-000 | 25.00 | | 13,639.11 |
| 11/15/17 | {7} | Helen Grabowski | accts rec | 1121-000 | 26.10 | | 13,665.21 |

Subtotals: $13,665.21 $0.00

{} Asset reference(s)

17-33511-maw    Doc 154    FILED 10/01/20    ENTERED 10/01/20 12:16:41    Page 3 of 13

Printed: 10/01/2020 11:29 AM    V.20.23

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-33511 MAW
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN

**Taxpayer ID #:** **-***5256
**Period Ending:** 09/30/20

**Trustee:** Patti Baumgartner-Novak (550690)
**Bank Name:** Mechanics Bank
**Account:** ******8066 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/15/17 | {7} | Tonia Hutchinson-Putman | accts rec | 1121-000 | 33.97 | | 13,699.18 |
| 11/15/17 | {7} | Susan K Carson | accts rec | 1121-000 | 62.91 | | 13,762.09 |
| 11/15/17 | {7} | Hospice Of Northwest Ohio | accts rec | 1121-000 | 64.80 | | 13,826.89 |
| 11/15/17 | {7} | Steven B Sparks DO, LTD, LLC | accts rec | 1121-000 | 89.00 | | 13,915.89 |
| 11/15/17 | {7} | Brady Sign Co | accts rec | 1121-000 | 110.00 | | 14,025.89 |
| 11/15/17 | {7} | William J Roche JR | accts rec | 1121-000 | 268.00 | | 14,293.89 |
| 11/15/17 | {7} | United States Treasury | accts rec | 1121-000 | 2,170.00 | | 16,463.89 |
| 11/15/17 | {7} | Alsson H KInney | Adjustmnet for deposit #100001-9 | 1121-000 | 0.90 | | 16,464.79 |
| 11/27/17 | {7} | Phyllis J Aslinger | Accts Rec | 1121-000 | 2.09 | | 16,466.88 |
| 11/27/17 | {7} | Ronald M & Mary J Gates | Accts Rec | 1121-000 | 3.76 | | 16,470.64 |
| 11/27/17 | {7} | Dennis E Hahn | Accts Rec | 1121-000 | 5.13 | | 16,475.77 |
| 11/27/17 | {7} | Edwin M Culkowski | Accts Rec | 1121-000 | 7.30 | | 16,483.07 |
| 11/27/17 | {7} | MAble Sutphin | Accts Rec | 1121-000 | 8.37 | | 16,491.44 |
| 11/27/17 | {7} | Arline J Nelson | Accts Rec | 1121-000 | 10.00 | | 16,501.44 |
| 11/27/17 | {7} | Eleanor George | Accts Rec | 1121-000 | 10.00 | | 16,511.44 |
| 11/27/17 | {7} | Gladys M Jennings | Accts Rec | 1121-000 | 10.00 | | 16,521.44 |
| 11/27/17 | {7} | James L. Lehnert | Accts Rec | 1121-000 | 10.00 | | 16,531.44 |
| 11/27/17 | {7} | John T Deck | Accts Rec | 1121-000 | 10.00 | | 16,541.44 |
| 11/27/17 | {7} | Priscilla B Schlingman | Accts Rec | 1121-000 | 10.00 | | 16,551.44 |
| 11/27/17 | {7} | Larry E Parsons | Accts Rec | 1121-000 | 10.06 | | 16,561.50 |
| 11/27/17 | {7} | Buckeye Community Health Plan, My Care Ohio | Accts Rec | 1121-000 | 13.49 | | 16,574.99 |
| 11/27/17 | {7} | Lori A Long | Accts Rec | 1121-000 | 13.52 | | 16,588.51 |
| 11/27/17 | {7} | Mr Donald G Koch | Accts Rec | 1121-000 | 15.00 | | 16,603.51 |
| 11/27/17 | {7} | Joel Hochanadel | Accts Rec | 1121-000 | 18.17 | | 16,621.68 |
| 11/27/17 | {7} | Joshua D Wobser | Accts Rec | 1121-000 | 25.59 | | 16,647.27 |

Subtotals: $2,982.06 $0.00

{} Asset reference(s)

17-33511-maw    Doc 154    FILED 10/01/20    ENTERED 10/01/20 12:16:41    Page 4 of 13

Printed: 10/01/2020 11:29 AM    V.20.23

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 17-33511 MAW
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN

**Taxpayer ID #:** **-***5256
**Period Ending:** 09/30/20

**Trustee:** Patti Baumgartner-Novak (550690)
**Bank Name:** Mechanics Bank
**Account:** ******8066 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/27/17 | {7} | Paul E Wilke | Accts Rec | 1121-000 | 29.01 | | 16,676.28 |
| 11/27/17 | {7} | Su Van Nguyen | Accts Rec | 1121-000 | 29.85 | | 16,706.13 |
| 11/27/17 | {7} | Jane E Windisch | Accts Rec | 1121-000 | 35.00 | | 16,741.13 |
| 11/27/17 | {7} | Buckeye Community Health Plan, My Care Ohio | Accts Rec | 1121-000 | 36.22 | | 16,777.35 |
| 11/27/17 | {7} | Buckeye Community Health Plan, My Care Ohio | Accts Rec | 1121-000 | 54.71 | | 16,832.06 |
| 11/27/17 | {7} | William R. Moujaes | Acct Rec | 1121-000 | 60.29 | | 16,892.35 |
| 11/27/17 | {7} | Beth S Braucksieck | Accts Rec | 1121-000 | 65.68 | | 16,958.03 |
| 11/27/17 | {7} | Hospice Of Northwest Ohio | accts rec | 1121-000 | 146.50 | | 17,104.53 |
| 11/27/17 | {7} | Aetna Better Health of Ohio | Accts Rec | 1121-000 | 171.93 | | 17,276.46 |
| 11/27/17 | {7} | Ohio Living | Accts Rec | 1121-000 | 521.31 | | 17,797.77 |
| 11/27/17 | {7} | Ursuline Convent of the Sacred Heart | Accts Rec | 1121-000 | 852.23 | | 18,650.00 |
| 11/27/17 | {7} | Arrowhead Behavioral Health | Accts Rec | 1121-000 | 7,732.13 | | 26,382.13 |
| 11/29/17 | {7} | Tammy S. Shuster | Accts Rec | 1121-000 | 5.17 | | 26,387.30 |
| 11/29/17 | {7} | Paul H Schmidt | Accts Rec | 1121-000 | 10.00 | | 26,397.30 |
| 11/29/17 | {7} | SummaCare | Accts Rec | 1121-000 | 15.45 | | 26,412.75 |
| 11/29/17 | {7} | William Dearing | Accts Rec | 1121-000 | 17.27 | | 26,430.02 |
| 11/29/17 | {7} | Med Ben | Accts Rec | 1121-000 | 26.11 | | 26,456.13 |
| 11/29/17 | {7} | Med Ben | Accts Rec | 1121-000 | 31.41 | | 26,487.54 |
| 11/29/17 | {7} | Hospice of Northwest Ohio | Accts Rec | 1121-000 | 55.00 | | 26,542.54 |
| 11/30/17 | {7} | Ronald Quillen | Accts Rec | 1121-000 | 93.33 | | 26,635.87 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.00 | 26,623.87 |
| 12/01/17 | {7} | Wendy Reinhard | Accts Rec | 1121-000 | 9.70 | | 26,633.57 |
| 12/01/17 | {7} | Ruth B London | Accts Rec | 1121-000 | 10.00 | | 26,643.57 |
| 12/01/17 | {7} | North Coast Clinical Laboratory, Inc | Accts Rec | 1121-000 | 10,000.00 | | 36,643.57 |
| | | | Subtotals : | | $20,008.30 | $12.00 | |

{} Asset reference(s)

17-33511-maw    Doc 154    FILED 10/01/20    ENTERED 10/01/20 12:16:41    Page 5 of 13

Printed: 10/01/2020 11:29 AM    V.20.23

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 17-33511 MAW
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN

**Taxpayer ID #:** **-***5256
**Period Ending:** 09/30/20

**Trustee:** Patti Baumgartner-Novak (550690)
**Bank Name:** Mechanics Bank
**Account:** ******8066 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/17 | {7} | Darlene Rosinski | Accts Rec | 1121-000 | 10.00 | | 36,653.57 |
| 12/04/17 | {7} | Carol Cook | Accts Rec | 1121-000 | 15.00 | | 36,668.57 |
| 12/04/17 | {7} | Abigail L Allen | Accts Rec | 1121-000 | 80.47 | | 36,749.04 |
| 12/07/17 | {7} | Mutual Health Services | Accts Rec | 1121-000 | 8.66 | | 36,757.70 |
| 12/11/17 | {7} | Minute Men Select Inc | Accts Rec | 1121-000 | 27.00 | | 36,784.70 |
| 12/11/17 | {7} | Patricia A Brunner | Accts rec | 1121-000 | 31.82 | | 36,816.52 |
| 12/13/17 | {7} | Beth A Ott | Accts Rec | 1121-000 | 1.99 | | 36,818.51 |
| 12/13/17 | {7} | Robert A Shelley | Accts Rec | 1121-000 | 10.00 | | 36,828.51 |
| 12/13/17 | 101 | Great Lakes Medical Waste Services, LLC | Medical Waste disposal paid pursuant to Court Order signed 12.13.17 | 2420-000 | | 222.00 | 36,606.51 |
| 12/13/17 | 102 | State Auto Insurance Companies | Insurance paid pursuant to Court Order signed 12.13.17 | 2420-000 | | 531.00 | 36,075.51 |
| 12/14/17 | {7} | Gary F Graves | Accts Rec | 1121-000 | 36.41 | | 36,111.92 |
| 12/14/17 | {7} | Stein Hospice Service Inc | Accts Rec | 1121-000 | 20.34 | | 36,132.26 |
| 12/14/17 | {7} | Stein Hospice Service Inc | Accts Rec | 1121-000 | 104.40 | | 36,236.66 |
| 12/18/17 | {7} | Rosalyn G Pizza | Accts Rec | 1121-000 | 10.00 | | 36,246.66 |
| 12/18/17 | {7} | Mutual Health Services | Accts Rec | 1121-000 | 36.15 | | 36,282.81 |
| 12/18/17 | {7} | Hospice of Northwest Ohio | Accts Rec | 1121-000 | 111.67 | | 36,394.48 |
| 12/20/17 | {7} | Exagen Diagnostics, Inc | Accts Rec | 1121-000 | 30.00 | | 36,424.48 |
| 12/27/17 | {7} | Janet E Butterfield | Accts Rec | 1121-000 | 10.00 | | 36,434.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.21 | 36,385.27 |
| 01/02/18 | {7} | Hospice of Northwest Ohio | Accts Rec | 1121-000 | 109.94 | | 36,495.21 |
| 01/08/18 | {7} | State Collection & Recovery Services LLC | Accts Rec | 1121-000 | 140.56 | | 36,635.77 |
| 01/17/18 | 103 | State Auto Inssurance Company | Paid pursuant to Coourt Order signed 1/12/18 Stopped on 01/30/18 | 2420-000 | | 531.00 | 36,104.77 |
| 01/22/18 | {7} | Alyce Urbine | Accts Rec | 1121-000 | 10.00 | | 36,114.77 |

Subtotals: $804.41 $1,333.21

{} Asset reference(s)

Printed: 10/01/2020 11:29 AM V.20.23

17-33511-maw    Doc 154    FILED 10/01/20    ENTERED 10/01/20 12:16:41    Page 6 of 13

# Form 2

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 17-33511 MAW | **Trustee:** | Patti Baumgartner-Novak (550690) |
| **Case Name:** | NORTH COAST CLINICAL LABORATORY, IN | **Bank Name:** | Mechanics Bank |
| | | **Account:** | ******8066 - Checking Account |
| **Taxpayer ID #:** | **-***5256 | **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Period Ending:** | 09/30/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/22/18 | {7} | Marian Marquette | Accts Rec | 1121-000 | 20.00 | | 36,134.77 |
| 01/22/18 | {7} | Cigna HealthCare | Accts Rec | 1121-000 | 34.21 | | 36,168.98 |
| 01/30/18 | 103 | State Auto Inssurance Company | Paid pursuant to Coourt Order signed 1/12/18 Stopped: check issued on 01/17/18 | 2420-000 | | -531.00 | 36,699.98 |
| 01/30/18 | 104 | State Auto Insurance Companies | Insurance paid pursuant to Court Order signed 1.12.18 | 2420-000 | | 531.00 | 36,168.98 |
| 01/30/18 | 105 | One Perkins Place | post-petition rent paid per Court Order of 01.15.18 | 2410-000 | | 11,250.00 | 24,918.98 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.88 | 24,861.10 |
| 02/05/18 | {7} | Est. of Floyd Smithson | Accts Rec | 1121-000 | 10.00 | | 24,871.10 |
| 02/05/18 | {7} | Luther Home of Mercy | Accts Rec | 1121-000 | 88.12 | | 24,959.22 |
| 02/08/18 | {7} | Claudia Bodey | Accts Rec | 1121-000 | 14.22 | | 24,973.44 |
| 02/12/18 | {7} | State Collection & Recovery Services LLC | Accts rec | 1121-000 | 84.44 | | 25,057.88 |
| 02/16/18 | 106 | State Auto Insurance Companies | Feb and March 2018 Insurance paid pursuant to Court Order signed 2.16.18 | 2420-000 | | 1,062.00 | 23,995.88 |
| 02/16/18 | 107 | One Perkins Place | post-petition Feb and March 2018 rent paid per Court Order of 02.16.18 | 2410-000 | | 7,500.00 | 16,495.88 |
| 02/16/18 | 108 | Habitec Security Inc | Security paid pursuant to Court Order signed 02.16.18 | 2420-000 | | 160.16 | 16,335.72 |
| 02/16/18 | 109 | Huron Secur Storage | post-petition storage unit rent paid per Court Order signed 02.16.18 | 2410-000 | | 145.50 | 16,190.22 |
| 02/19/18 | {7} | Healthsmart Benefit Solutions | Accts Rec | 1121-000 | 8.54 | | 16,198.76 |
| 02/21/18 | 110 | Lock-It-Up Self Storage | Records storage through 11/2019 paid per Court Order of 02.16.18 | 2410-000 | | 1,249.59 | 14,949.17 |
| 02/22/18 | 111 | Clerk of US Bankruptcy Court | Motion to Sell at Public Auction filing fee | 2700-000 | | 181.00 | 14,768.17 |
| 02/26/18 | {7} | Nicole Ehrnsberger | A/R - payment on account | 1121-000 | 10.38 | | 14,778.55 |
| | | | Subtotals : | | $269.91 | $21,606.13 | |

{} Asset reference(s)   17-33511-maw   Doc 154   FILED 10/01/20   ENTERED 10/01/20 12:16:41   Page 7 of 13   Printed: 10/01/2020 11:29 AM   V.20.23

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-33511 MAW | | Trustee: | Patti Baumgartner-Novak (550690) |
|---|---|---|---|---|
| Case Name: | NORTH COAST CLINICAL LABORATORY, IN | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***5256 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 09/30/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.14 | 14,734.41 |
| 03/04/18 | 112 | Emily Novak | Paid per Court Order signed 03/01/2018; additional labor | 2420-000 | | 100.00 | 14,634.41 |
| 03/04/18 | 113 | Christian Baldenegro | Paid per Court Order signed 03/01/2018; additional labor | 2420-000 | | 100.00 | 14,534.41 |
| 03/04/18 | 114 | Jake Novak | Paid per Court Order signed 03/01/2018; additional labor | 2420-000 | | 100.00 | 14,434.41 |
| 03/07/18 | 115 | Allshred Services | Secure, move and shred documents, Paid per COurt Order signed 02/16/18 | 2420-000 | | 5,859.50 | 8,574.91 |
| 03/07/18 | 116 | Jack Runner | Costs to change locks paid per Court Order signed 03.01.2018 | 2420-000 | | 125.43 | 8,449.48 |
| 03/12/18 | {7} | State Collection & Recovery Services, LLC | Accts Rec | 1121-000 | 4.64 | | 8,454.12 |
| 03/14/18 | {7} | Bardshar Apartments | Accts Rec | 1121-000 | 57.00 | | 8,511.12 |
| 03/22/18 | {5} | North Coast Clinical Laboratory | funds in bank account when closed | 1129-000 | 411.19 | | 8,922.31 |
| 03/28/18 | 117 | Emily Novak | Paid per Court Order signed 03.27.18; additional labor | 2420-000 | | 200.00 | 8,722.31 |
| 03/28/18 | 118 | Christian Baldenegro | Paid per Court Order signed 03.27.18; additional labor | 2420-000 | | 200.00 | 8,522.31 |
| 03/28/18 | 119 | Jake Novak | Paid per Court Order signed 03.27.18; additional labor | 2420-000 | | 200.00 | 8,322.31 |
| 03/28/18 | 120 | Hannah Novak | Paid per Court Order signed 03.27.18; additional labor | 2420-000 | | 200.00 | 8,122.31 |
| 03/28/18 | 121 | Allshred Services | Secure, move and shred documents, Paid per Court Order signed 02/16/18 | 2420-000 | | 187.50 | 7,934.81 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.51 | 7,918.30 |
| 04/02/18 | {7} | Nicholas W Dressel | Accts Rec | 1121-000 | 2.85 | | 7,921.15 |

| | Subtotals : | $475.68 | $7,333.08 |
|---|---|---|---|

{} Asset reference(s)   17-33511-maw   Doc 154   FILED 10/01/20   ENTERED 10/01/20 12:16:41   Page 8 of 13   Printed: 10/01/2020 11:29 AM   V.20.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 17-33511 MAW
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN

**Taxpayer ID #:** \*\*-\*\*\*5256
**Period Ending:** 09/30/20

**Trustee:** Patti Baumgartner-Novak (550690)
**Bank Name:** Mechanics Bank
**Account:** \*\*\*\*\*\*8066 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/18 | 122 | Two Men And A Truck | moving medical records to storage & lab equipment | 2420-000 | | 913.00 | 7,008.15 |
| 04/11/18 | {7} | State Collection & Recovery Services LLC | Accts rec | 1121-000 | 7.50 | | 7,015.65 |
| 04/30/18 | {7} | United Healthcare Life Insurance Company | Accts Rec | 1121-000 | 4.03 | | 7,019.68 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.29 | 7,009.39 |
| 05/07/18 | {7} | State Collection & Recovery Services | Accts Rec | 1121-000 | 27.01 | | 7,036.40 |
| 05/22/18 | {7} | Care Source | Accts Rec | 1121-002 | 88,861.04 | | 95,897.44 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.20 | 95,852.24 |
| 06/04/18 | {7} | Care Source | Accts Rec | 1121-002 | 196,591.59 | | 292,443.83 |
| 06/12/18 | {7} | Anne Grady Corporation | Accts Rec | 1121-000 | 391.06 | | 292,834.89 |
| 06/19/18 | {7} | Care Source | Accts Rec | 1121-002 | 839.49 | | 293,674.38 |
| 06/25/18 | {7} | Care Source | Accts Rec | 1121-002 | 20.03 | | 293,694.41 |
| 06/27/18 | {7} | Care Source | Reversed Deposit 100039 1 Accts Rec | 1121-000 | -839.49 | | 292,854.92 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 359.97 | 292,494.95 |
| 07/12/18 | {7} | Anthony & Catherine Schaffer | accts rec | 1121-000 | 14.91 | | 292,509.86 |
| 07/16/18 | {7} | Mutual Health Services | Accts Rec | 1121-000 | 4.89 | | 292,514.75 |
| 07/16/18 | {7} | State Collection & Recovery Services LLC | Accts rec | 1121-000 | 5.57 | | 292,520.32 |
| 07/16/18 | {7} | Care Source | Reversed Deposit 100040 1 Accts Rec | 1121-000 | -20.03 | | 292,500.29 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.75 | 292,051.54 |
| 08/13/18 | {7} | State Collection & Recovery Services LLC | Accts rec | 1121-000 | 162.80 | | 292,214.34 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 434.20 | 291,780.14 |
| 09/14/18 | {7} | State Collection & Recovery | Accts rec | 1121-000 | 92.97 | | 291,873.11 |

Subtotals: $286,163.37  $2,211.41

{} Asset reference(s)

17-33511-maw    Doc 154    FILED 10/01/20    ENTERED 10/01/20 12:16:41    Page 9 of 13

Printed: 10/01/2020 11:29 AM    V.20.23

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-33511 MAW | | Trustee: | Patti Baumgartner-Novak (550690) |
|---|---|---|---|---|
| Case Name: | NORTH COAST CLINICAL LABORATORY, IN | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8066 - Checking Account |
| Taxpayer ID #: | **-***5256 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 09/30/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Services LLC | | | | | |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.85 | 291,649.26 |
| 10/04/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -1,462.98 | 293,112.24 |
| 10/04/18 | | To Account #******8067 | Non-Estate Funds due to Inadvertant Payment from CareSource | 9999-000 | | 285,452.63 | 7,659.61 |
| 10/09/18 | {7} | Stericycle Class Action | Accts Rec | 1121-000 | 436.36 | | 8,095.97 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.85 | 8,042.12 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.60 | 8,035.52 |
| 12/10/18 | {7} | State Collection & Recovery Services LLC | Accts rec | 1121-000 | 15.51 | | 8,051.03 |
| 12/19/18 | 123 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/01/2018 FOR CASE #17-33511, Bond Premium #3517690 - Term 11/01/2018-11/01/2019 | 2300-000 | | 14.46 | 8,036.57 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.39 | 8,030.18 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.26 | 8,022.92 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.15 | 8,016.77 |
| 03/11/19 | {7} | State Collection & Recovery Services LLC | Accts rec -rev'd with bank stmt 1/10/19 pbn | 1121-000 | 427.50 | | 8,444.27 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 6.56 | 8,437.71 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.39 | 8,430.32 |
| 05/11/19 | {7} | State Collection & Recovery Services LLC | Accts rec - | 1121-000 | 8.06 | | 8,438.38 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.16 | 8,431.22 |
| 06/10/19 | {7} | Stericycle Class Action | Accts Rec | 1121-000 | 56.21 | | 8,487.43 |
| 06/10/19 | {7} | State Collection & Recovery | Accts rec - | 1121-000 | 33.10 | | 8,520.53 |

| | | Subtotals : | $976.74 | $284,329.32 |
|---|---|---|---|---|

{} Asset reference(s)    17-33511-maw    Doc 154    FILED 10/01/20    ENTERED 10/01/20 12:16:41    Page 10 of 13    Printed: 10/01/2020 11:29 AM    V.20.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 17-33511 MAW  
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN  

**Taxpayer ID #:** **-***5256  
**Period Ending:** 09/30/20  

**Trustee:** Patti Baumgartner-Novak (550690)  
**Bank Name:** Mechanics Bank  
**Account:** ******8066 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | Services LLC |  |  |  |  |  |
| 06/28/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 6.50 | 8,514.03 |
| 07/31/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 7.69 | 8,506.34 |
| 08/30/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 6.99 | 8,499.35 |
| 09/30/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 6.75 | 8,492.60 |
| 10/31/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 7.67 | 8,484.93 |
| 11/29/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 6.50 | 8,478.43 |
| 12/18/19 | 124 | INSURANCE PARTNERS AGENCY, INC. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/01/2019 FOR CASE #17-33511, Bond Premium #3517690 - Term 11/01/2019 - 11/01/2020 | 2300-000 |  | 3.63 | 8,474.80 |
| 12/31/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 7.66 | 8,467.14 |
| 01/14/20 | {7} | State Collection & Recovery Services LLC | Accts rec - | 1121-000 | 127.50 |  | 8,594.64 |
| 01/31/20 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 7.22 | 8,587.42 |
| 02/10/20 | {7} | PH IPC | acct rec | 1121-000 | 100.00 |  | 8,687.42 |
| 02/11/20 | 125 | Allshred Services | Secure, move and shred documents | 2420-000 |  | 515.50 | 8,171.92 |
| 02/28/20 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 6.41 | 8,165.51 |
| 03/05/20 | {13} | Grossman Inc | partial auction proceeds | 1129-000 | 6,530.40 |  | 14,695.91 |
| 03/31/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 11.74 | 14,684.17 |
| 04/30/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 23.46 | 14,660.71 |
| 05/29/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 22.65 | 14,638.06 |
| 06/30/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 24.95 | 14,613.11 |
| 07/31/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 24.13 | 14,588.98 |
| 08/31/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 22.53 | 14,566.45 |
| 09/04/20 | {13} | Grossman Inc | auction proceeds | 1129-000 | 310.00 |  | 14,876.45 |
| 09/30/20 |  | Mechanics Bank | Bank and Technology Services Fee | 2600-000 |  | 25.19 | 14,851.26 |

Subtotals: $7,067.90 $737.17

{} Asset reference(s)

17-33511-maw  Doc 154  FILED 10/01/20  ENTERED 10/01/20 12:16:41  Page 11 of 13

Printed: 10/01/2020 11:29 AM  V.20.23

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-33511 MAW
**Case Name:** NORTH COAST CLINICAL LABORATORY, IN
**Trustee:** Patti Baumgartner-Novak (550690)
**Bank Name:** Mechanics Bank
**Account:** ******8066 - Checking Account
**Taxpayer ID #:** **-***5256
**Blanket Bond:** $2,000,000.00 (per case limit)
**Period Ending:** 09/30/20
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 332,413.58 | 317,562.32 | $14,851.26 |
| | | | Less: Bank Transfers | | 0.00 | 285,452.63 | |
| | | | **Subtotal** | | 332,413.58 | 32,109.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$332,413.58** | **$32,109.69** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-33511 MAW | | Trustee: | Patti Baumgartner-Novak (550690) |
|---|---|---|---|---|
| Case Name: | NORTH COAST CLINICAL LABORATORY, IN | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8067 - Checking Account |
| Taxpayer ID #: | **-***5256 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 09/30/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/18 | | From Account #******8066 | Non-Estate Funds due to Inadvertant Payment from CareSource | 9999-000 | 285,452.63 | | 285,452.63 |
| 10/15/18 | 101 | CareSource | Return of Inadvertent Payment from creditor CareSource | 8500-002 | | 285,452.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 285,452.63 | 285,452.63 | $0.00 |
| | | | Less: Bank Transfers | | 285,452.63 | 0.00 | |
| | | | Subtotal | | 0.00 | 285,452.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $285,452.63 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8066** | 332,413.58 | 32,109.69 | 14,851.26 |
| **Checking # ******8067** | 0.00 | 285,452.63 | 0.00 |
| | $332,413.58 | $317,562.32 | $14,851.26 |

{} Asset reference(s)                    17-33511-maw    Doc 154    FILED 10/01/20    ENTERED 10/01/20 12:16:41    Page 13 of 13    Printed: 10/01/2020 11:29 AM    V.20.23